NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDUARDO B. CARBALLO, II,**
*Petitioner*

**v.**

**SMALL BUSINESS ADMINISTRATION,**
*Respondent*

---

2024-1903

---

Petition for review of the Merit Systems Protection Board in No. AT-1221-21-0510-W-1.

---

**ON MOTION**

---

## O R D E R

Upon consideration of the unopposed motion of Eduardo B. Carballo, II to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

2                                                              CARBALLO v. SBA

(2)  The parties shall bear their own costs.

FOR THE COURT



October 24, 2024                    Jarrett B. Perlow
        Date                          Clerk of Court

ISSUED AS A MANDATE: October 24, 2024